IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BURRELL JOHNSON, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV97-H-2195-S |
| STONE CONTAINER, | ) | |
| DEFENDANT. | ) | |

FILED 99 MAR 19 PM 3:09 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED MAR 1 9 1999

## MEMORANDUM OF DECISION

Following a two-day jury trial in November of 1998, a jury returned a special verdict reflecting a finding in favor of defendant with regard to plaintiff's claim of discrimination on the basis of his race and reflecting a finding in favor of plaintiff with regard to his claim of retaliation. Such special verdict awarded plaintiff $50,000 in compensatory damages and $150,000 in punitive damages.

Plaintiff's complaint also sought equitable relief which simultaneously was tried by the court as a bench trial with the court treating the jury verdict as advisory. On November 18, 1998 the court directed plaintiff to file a document setting forth the specific equitable relief plaintiff seeks and directing defendant to respond. Having considered those documents, the evidence presented at trial and the special verdict of the jury which the court concludes is good advice, the court is of the opinion that plaintiff is entitled to equitable relief requiring defendant to remove from its files the May 5 or May 7, 1997

reprimand (Plaintiff's Exhibit 11), the June 1 and July 15, 1997 unfavorable performance review and reprimand (Plaintiff's Exhibit 15), and the November 17, 1997 suspension (Plaintiff's Exhibit 16). Except as expressly set forth above, the court is of the further opinion that the equitable relief prayed for should be denied.

A separate final judgment will be entered incorporating the verdict of the jury as well as the substance of this memorandum of decision.

DONE this  19th  day of March, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE